**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known) _____    Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Precision Technology Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 13-2680688 | |
| 4. | Debtor's address | **Principal place of business**<br><br>**50 Walnut St**<br>**Norwood, NJ 07648**<br>Number, Street, City, State & ZIP Code<br><br>**Bergen**<br>County | **Mailing address, if different from principal place of business**<br><br>**50 Maple St**<br>**Norwood, NJ 07648-2013**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>**50 Maple St Norwood, NJ 07648-2013**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.ptiplastics.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor    __Precision Technology Inc.__                                    Case number (if known) _____
            Name

7.  **Describe debtor's business**    A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

8.  **Under which chapter of the Bankruptcy Code is the debtor filing?**    Check one:

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. Check all that apply:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
    If more than 2 cases, attach a separate list.

    ■ No.
    ☐ Yes.

    | District | _____ | When | _____ | Case number | _____ |
    | District | _____ | When | _____ | Case number | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    List all cases. If more than 1, attach a separate list

    ■ No
    ☐ Yes.

    | Debtor | _____ | | Relationship | _____ |
    | District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Precision Technology Inc.**                                          Case number (*if known*) _____
     Name

---

**11. Why is the case filed in this district?**   Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   **None.**

☑ It needs to be physically secured •

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   **50 Maple St**
**Norwood, NJ, 07648-2013**
Number, Street, City, State & ZIP Code

**Is the property insured?**

☑ No

☐ Yes.   Insurance agency   _____
    Contact name   _____
    Phone   _____

---

### ▓▓ Statistical and administrative information

**13. Debtor's estimation of available funds**   Check one:

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Precision Technology Inc. | Case number (*if known*) |
|--------|---------------------------|--------------------------|
|        | Name                      |                          |

███ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 19, 2016**
                MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title    **President**

Ira Housman
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date    **July 19, 2016**
        MM / DD / YYYY

**Richard B. Honig**
Printed name

**Hellring Lindeman Goldstein & Siegal LLP**
Firm name

**1 Gateway Ctr Fl 8**
**Newark, NJ 07102-5323**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address    **rbhonig@hlgslaw.com**

_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name __Precision Technology Inc.__

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

**Part 1:**   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................   $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................   $     **1,361,377.87**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................   $     **1,361,377.87**

**Part 2:**   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................   $     **453,735.82**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................   $     **580,301.62**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................   +$     **1,139,444.65**

4.   **Total liabilities**................................................................................
    Lines 2 + 3a + 3b   $     **2,173,482.09**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name      **Precision Technology Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account
number

| | | | |
|---|---|---|---|
| 3.1. | **Chase Bank, N.A.** | **checking** | 2337 | $0.00 |
| 3.2. | **Bank of America** | **Payroll account** | 0339 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                    $0.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Precision Technology Inc.**                                    Case number *(If known)* _____
　　　　　　Name

| 11a. 90 days old or less: | 340,127.87 | − | 0.00 | = .... | $340,127.87 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.　　　　　　　　| **$340,127.87** |

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials **Miscellaneous - of no value** | | unknown | | $0.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Miscellaneous office supplies - of no value** | | unknown | | $0.00 |

23. **Total of Part 5.**

   Add lines 19 through 22.  Copy the total to line 84.　　　　　　　　　　| $0.00 |

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Precision Technology Inc.**                              Case number *(if known)* _____
             _____
             Name

Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture<br>Miscellaneous office furniture - of no value | $0.00 | | $0.00 |
| **40.** Office fixtures<br>Miscellaneous fixtures - of no value | $0.00 | | $0.00 |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software<br>Miscellaneous computers - of no value | $0.00 | | $0.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $0.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| **48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** Aircraft and accessories | | | |
| **50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)<br>Machinery and equipment | $1,021,250.00 | Fair market value | $1,021,250.00 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Precision Technology Inc.**                          Case number *(if known)* _____
        Name

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87. | **$1,021,250.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   - ■ No
   - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

**Part 9:   Real property**

54. Does the debtor own or lease any real property?

   - ■ No. Go to Part 10.
   - ☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

   - ■ No. Go to Part 11.
   - ☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   - ■ No. Go to Part 12.
   - ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Precision Technology Inc.**                                           Case number *(If known)* _____
            Name

---

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|

80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1*          **$0.00**

81. **Deposits and prepayments.** *Copy line 9, Part 2.*          **$0.00**

82. **Accounts receivable.** *Copy line 12, Part 3.*          **$340,127.87**

83. **Investments.** *Copy line 17, Part 4.*          **$0.00**

84. **Inventory.** *Copy line 23, Part 5.*          **$0.00**

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.*          **$0.00**

86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.*          **$0.00**

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*          **$1,021,250.00**

88. **Real property.** *Copy line 56, Part 9.* ..............................................>          **$0.00**

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*          **$0.00**

90. **All other assets.** *Copy line 78, Part 11.*        +      **$0.00**

91. **Total.** Add lines 80 through 90 for each column          **$1,361,377.87**    + 91b.    **$0.00**

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92          **$1,361,377.87**

**Fill in this information to identify the case:**

Debtor name        **Precision Technology Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

---

**2.1** | **Columbia Bank**
Creditor's Name

**PO Box 902**
**Fair Lawn, NJ 07410-0902**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4487**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Columbia Bank**
**2. Monarch Capital**
**3. Sterling Bank**
**4. Dakota Financial**
**5. World Globe Financing, Inc.**
**6. Yellow Stone Capital, LLC**

**Describe debtor's property that is subject to a lien**
**Machinery and equipment**

**Describe the lien**
**Loan on miscellaneous equipment**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$170,000.00**
Value of collateral: **Unknown**

---

**2.2** | **Dakota Financial**
Creditor's Name

**11755 Wilshire Blvd Ste 1670**
**Los Angeles, CA 90025-1526**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Machinery and equipment**

**Describe the lien**
**Loan on miscellaneous equipment**
**Is the creditor an insider or related party?**
☑ No

Amount of claim: **$118,380.00**
Value of collateral: **Unknown**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Precision Technology Inc.**                          Case number (if know) _____
         Name

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No
☒ Yes. Specify each creditor,
including this creditor and its relative
priority.
1. Columbia Bank
2. Monarch Capital
3. Sterling Bank
4. Dakota Financial
5. World Globe Financing,
Inc.
6. Yellow Stone Capital,
LLC

☐ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Monarch Capital** | Describe debtor's property that is subject to a lien | $26,026.54 | Unknown |
|---|---|---|---|---|

Creditor's Name
                                    **Machinery and equipment**

**1120 Bloomfield Ave Ste
203
West Caldwell, NJ
07006-7131**
Creditor's mailing address

Describe the lien
**Loan on miscellaneous equipment**
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No
☒ Yes. Specify each creditor,
including this creditor and its relative
priority.
1. Columbia Bank
2. Monarch Capital
3. Sterling Bank
4. Dakota Financial
5. World Globe Financing,
Inc.
6. Yellow Stone Capital,
LLC

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Navitas Lease Corp.** | Describe debtor's property that is subject to a lien | unknown | Unknown |
|---|---|---|---|---|

Creditor's Name
**Lease Operations**
PO Box 935204
Atlanta, GA 31193-5204
Creditor's mailing address

Describe the lien
**Holds lease on Konica Minolta equipment**
Is the creditor an insider or related party?
☒ No

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Precision Technology Inc.**                                      Case number (if know) _____
_____
Name

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **8003** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Sterling Bank** | Describe debtor's property that is subject to a lien | $73,027.77 | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Machinery and equipment** | | |

**PO Box 1570**
**New York, NY 10008-1570**
Creditor's mailing address

Describe the lien
**Loan on miscellaneous equipment**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known
**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| 1. Columbia Bank | ☐ Disputed |
| 2. Monarch Capital | |
| 3. Sterling Bank | |
| 4. Dakota Financial | |
| 5. World Globe Financing, Inc. | |
| 6. Yellow Stone Capital, LLC | |

---

| 2.6 | **World Globe Financing, Inc.** | Describe debtor's property that is subject to a lien | $46,500.00 | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Machinery and equipment** | | |

**Revenue Assurance Prt M**
**Wegman**
**19399 Helenburg Rd Ste 5**
**Covington, LA 70433-5392**
Creditor's mailing address

Describe the lien
**Loan on miscellaneous equipment**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known
**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9257**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Precision Technology Inc.** | Case number (if know) | |
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| --- | --- |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **1. Columbia Bank** | |
| **2. Monarch Capital** | |
| **3. Sterling Bank** | |
| **4. Dakota Financial** | |
| **5. World Globe Financing, Inc.** | |
| **6. Yellow Stone Capital, LLC** | |

---

| 2.7 | **Yellow Stone Capital, LLC** | Describe debtor's property that is subject to a lien | $19,801.51 | Unknown |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **Machinery and equipment** | | |

| **17 State St Ste 4000** | |
| **New York, NY 10004-1508** | |
| Creditor's mailing address | Describe the lien |
| | **Loan on miscellaenous equipment** |
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| --- | --- |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **1. Columbia Bank** | |
| **2. Monarch Capital** | |
| **3. Sterling Bank** | |
| **4. Dakota Financial** | |
| **5. World Globe Financing, Inc.** | |
| **6. Yellow Stone Capital, LLC** | |

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$453,735.82**

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name **Precision Technology Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| **2.1** | Priority creditor's name and mailing address<br>**Bonifacio, Albert**<br><br>31 Elder Ave<br>Bergenfield, NJ 07621-1505 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,765.18** | **$4,765.18** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| **2.2** | Priority creditor's name and mailing address<br>**Castro, Kirsis**<br><br>103 W 183rd St Apt 56<br>Bronx, NY 10453-1152 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,359.50** | **$2,359.50** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **Precision Technology Inc.** | Case number (if known) | |
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,834.00 | $5,834.00 |
| | **Cherukunnathu, Abraham M.** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **20 S 1st St** | ☐ Unliquidated | | |
| | **Bergenfield, NJ 07621-2408** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,769.24 | $5,769.24 |
| | **Clegg, Christopher** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **257 Cottage Rd** | ☐ Unliquidated | | |
| | **Valley Cottage, NY 10989-2426** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,249.00 | $3,249.00 |
| | **De Leon, Miriam** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **508 W 166th St Apt 4J** | ☐ Unliquidated | | |
| | **New York, NY 10032-4216** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $506.00 | $506.00 |
| | **Emer, Dennis** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **99 Union Ave** | ☐ Unliquidated | | |
| | **Cresskill, NJ 07626-2129** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Precision Technology Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,175.26 | $2,175.26 |
|---|---|---|---|---|

**Garcia, Alejandrina**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

517 W 169th St Apt 22
New York, NY 10032-4021

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,326.00 | $3,326.00 |
|---|---|---|---|---|

**Garcia, Norman**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

30-39 Broadway
Fairlawn, NJ 07410

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,744.89 | $1,744.89 |
|---|---|---|---|---|

**Gonzalez, Ruben**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

1 Audubon Ave Apt 2J
New York, NY 10032-2256

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,565.01 | $2,565.01 |
|---|---|---|---|---|

**Gonzalez, Yuberka Y.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

1660 Andrews Ave Apt 2-E
Bronx, NY 10453-7329

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Precision Technology Inc.**                                Case number (if known) _____
_____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,253.25 | $3,253.25 |
|---|---|---|---|---|

**Guaman, Jorge**

82 Porter Ave
Bergenfield, NJ 07621-3108

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,769.24 | $5,769.24 |
|---|---|---|---|---|

**Housman, Ira**
c/o Hellring Lindeman Goldstein &
Siegal
1 Gateway Ctr
Newark, NJ 07102-5310

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319,835.64 | $319,835.64 |
|---|---|---|---|---|

**Internal Revenue Service**

PO Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,486.00 | $3,486.00 |
|---|---|---|---|---|

**Lanzillotti, Joseph**

42 Parsons St
Harrison, NY 10528-3720

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Precision Technology Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,637.50 | $1,637.50 |
|---|---|---|---|---|

**Lesiczka, Greg**

51 Cottage Pl Fl 2
Garfield, NJ 07026-3514

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,192.28 | $5,192.28 |
|---|---|---|---|---|

**Lim, Scott C.**

2 Dorothy Dr
Spring Valley, NY 10977-1810

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,769.50 | $3,769.50 |
|---|---|---|---|---|

**McCann, Thomas**

875 Boulevard Apt C
New Milford, NJ 07646-5133

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,076.93 | $2,076.93 |
|---|---|---|---|---|

**Oleski, Melissa**

32-14 Norwood Dr
Fair Lawn, NJ 07410-4136

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Precision Technology Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **2.19** | Priority creditor's name and mailing address **Olivo, Caitlin F.** | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00    $3,000.00 |

49 Leonard Dr
Old Tappan, NJ 07675-7262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| **2.20** | Priority creditor's name and mailing address **Patel, Mahesh** | As of the petition filing date, the claim is: *Check all that apply.* | $4,615.38    $4,615.38 |

381 Wagner Ct
Paramus, NJ 07652-4822

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| **2.21** | Priority creditor's name and mailing address **Perez, Manuel R.** | As of the petition filing date, the claim is: *Check all that apply.* | $3,717.38    $3,717.38 |

24 Bergen Ave
Ridgefield Park, NJ 07660-1756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| **2.22** | Priority creditor's name and mailing address **Plesher, Charles** | As of the petition filing date, the claim is: *Check all that apply.* | $5,769.24    $5,769.24 |

2 Prusakowski Blvd
Parlin, NJ 08859-3161

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Precision Technology Inc.** | Case number (if known) | |
| | Name | | |

---

**2.23** | Priority creditor's name and mailing address
**Robotham, Andrew R.**

121 Myer St Unit 101
Hackensack, NJ 07601-4163

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$2,250.00      $2,250.00

---

**2.24** | Priority creditor's name and mailing address
**State of New Jersey
Division of Taxation**
PO Box 269
Trenton, NJ 08695-0269

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$48,227.64      $48,227.64

---

**2.25** | Priority creditor's name and mailing address
**State of New Jersey
Division of Taxation**
PO Box 269
Trenton, NJ 08695-0269

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll taxes**

Is the claim subject to offset?
■ No
☐ Yes

$787.38      $787.38

---

**2.26** | Priority creditor's name and mailing address
**State of New Jersey
Department of Labor**
PO Box 911
Trenton, NJ 08625-0911

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$120,854.05      $120,854.05

---

| Debtor | **Precision Technology Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $3,000.00 |
|---|---|---|---|---|

**Vallejo, Richard D.**

29 Bridge St Fl 1
Bergenfield, NJ 07621-2856

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,769.24 | $5,769.24 |
|---|---|---|---|---|

**Vargas, Patrick**

31 Peck St
West Haverstraw, NY 10993-1233

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,228.76 | $3,228.76 |
|---|---|---|---|---|

**Viera, Juan**

94 Van Nostrand Ave
Dover, NJ 07801-4825

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,768.13 | $1,768.13 |
|---|---|---|---|---|

**Zablan, Xeris L.**

210 Hickory Ave
Bergenfield, NJ 07621-1841

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Precision Technology Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,969.00**

**A1 Multi Service**

136 President St
Passaic, NJ 07055-6941

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,987.19**

**AETNA**

PO Box 7247-0213
Philadelphia, PA 19170-0213

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00**

**Alfred Sanzari Enterprises, L.P.**

25 Main St
Hackensack, NJ 07601-7015

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,239.52**

**American Express**

PO Box 2855
New York, NY 10116-2855

Date(s) debt was incurred _
Last 4 digits of account number  1006

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,726.14**

**American Express BG**

PO Box 1270
Newark, NJ 07101-1270

Date(s) debt was incurred _
Last 4 digits of account number  1007

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,628.32**

**Amtrust North Amrerica**

PO Box 6939
Cleveland, OH 44101-1939

Date(s) debt was incurred _
Last 4 digits of account number  1754

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.28**

**Archive Systems, Inc.**

39 Plymouth St
Fairfield, NJ 07004-1643

Date(s) debt was incurred _
Last 4 digits of account number  1404

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Precision Technology Inc.**                                  Case number (if known) _____
          Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,437.74 |
|---|---|---|---|

**Bank of America**
**Business Card**
PO Box 15710
Wilmington, DE 19886-5710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,549.88 |
|---|---|---|---|

**Boedecker Plastics**

904 W 6th St
Shiner, TX 77984-5608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,390.00 |
|---|---|---|---|

**BSI Management Systems America, Inc.**
Box 19307
5505 N Cumberline Ave Ste 307
Chicago, IL 60656-1471

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number  2780

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,850.00 |
|---|---|---|---|

**Butzel, Karadimas, Carrabba, Testin, LLC**

252 Kinderkamack Rd
Oradell, NJ 07649-2150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.83 |
|---|---|---|---|

**Cablevision**

PO Box 3713378
Pittsburgh, PA 15250-7378

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number  7014

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,895.48 |
|---|---|---|---|

**Camden Tool Inc.**

PO Box 653
Camden, NJ 08101-0653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,578.73 |
|---|---|---|---|

**Canete Snow Management**

825 Black Oak Ridge Rd
Wayne, NJ 07470-6406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **Precision Technology Inc.**                                    Case number (if known) _____
_____
Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,564.00 |

**CLC Landscaping**

14 Bergman Ter
Dumont, NJ 07628-3502

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,200.00 |

**Corwin, Randall D.**

146 W 57th St Apt 50A
New York, NY 10019-0079

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,651.47 |

**Direct Energy**

PO Box 70220
Philadelphia, PA 19176-0220

Date(s) debt was incurred __

Last 4 digits of account number  4534

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,346.00 |

**DMG Mori**

2400 Huntington Blvd
Hoffman Estates, IL 60192-1564

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,777.67 |

**Douglas K. Nolan Trust Account**
**Douglas K .Nolan Court Officer**
PO Box 355
Park Ridge, NJ 07656-0355

Date(s) debt was incurred __

Last 4 digits of account number  9928

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $382.27 |

**Evoqua Water Technologies**

28563 Network Pl
Chicago, IL 60673-1285

Date(s) debt was incurred __

Last 4 digits of account number  6659

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.22 |

**Fed Ex Direct Debti**

PO Box 371461
Pittsburgh, PA 15250-7461

Date(s) debt was incurred __

Last 4 digits of account number  1760

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Precision Technology Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** Nonpriority creditor's name and mailing address
**Freedom Chase Mastercard**

PO Box 15153
Wilmington, DE 19886-5153

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$13,523.05

---

**3.23** Nonpriority creditor's name and mailing address
**Interstate Plastics**

330 Commerce Cir
Sacramento, CA 95815-4213

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$23,658.94

---

**3.24** Nonpriority creditor's name and mailing address
**Konica Minolta Business Solutions**
Attn: Jodie Meyer
101 Williams Dr
Ramsey, NJ 07446-1217

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,209.05

---

**3.25** Nonpriority creditor's name and mailing address
**LAN Doctors, Inc.**

14 Pierson Ct
Mahwah, NJ 07430-3506

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$37,950.00

---

**3.26** Nonpriority creditor's name and mailing address
**Maitland Engineering, Inc.**

2713 Foundation Dr
South Bend, IN 46628-4334

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$800.46

---

**3.27** Nonpriority creditor's name and mailing address
**Maruka USA, Inc.**

45 US Highway 46 Ste 610
Pine Brook, NJ 07058-9390

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,470.00

---

**3.28** Nonpriority creditor's name and mailing address
**Megapath**
Dept. 33408
PO Box 39000
San Francisco, CA 94139-0001

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$97.00

---

| Debtor | **Precision Technology Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Miele Sanitation Co.**

60 Railroad Ave
Closter, NJ 07624-1209

Date(s) debt was incurred __
Last 4 digits of account number  9468

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$352,249.99**

**NLYH LLC**
(Yaber, LLC)
315 W 36th St
New York, NY 10018-6404

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,206.00**

**Northfield Precision Instruments, Inc.**

4400 Austin Blvd
Island Park, NY 11558-1621

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,894.68**

**Orthoplastics, Ltd.**

Grove Mill
Todmorden Road
Lancashire,

Date(s) debt was incurred __
Last 4 digits of account number  04DL

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,094.35**

**Other Side Landscaping**

PO Box 115
Cresskill, NJ 07626-0115

Date(s) debt was incurred __
Last 4 digits of account number  216

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$376.96**

**Paetec Communications, Inc.**

PO Box 9001013
Louisville, KY 40290-1013

Date(s) debt was incurred __
Last 4 digits of account number  1770

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$746.19**

**PSE&G Co.**

PO Box 14444
New Brunswick, NJ 08906-4444

Date(s) debt was incurred __
Last 4 digits of account number  2408

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Precision Technology Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,004.00**

**Recievables Management Service**

9954 Mayland Dr Ste 6100
Richmond, VA 23233-1480

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,365.00**

**Rockland Electric Company**

PO Box 427
Montvale, NJ 07645-0427

Date(s) debt was incurred __
Last 4 digits of account number  4019

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,213.40**

**S.E.M. Security Systems, Inc.**

PO Box 454
Warwick, NY 10990-0454

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,668.00**

**Shoptech Ind'l Software**

180 Glastonbury Blvd Ste 303
Glastonbury, CT 06033-4439

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,583.65**

**Staples Advantage**
Dept. NY
PO Box 415256
Boston, MA 02241-5256

Date(s) debt was incurred __
Last 4 digits of account number  0113

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,302.26**

**Tool-Krib Supply Co.**

787 Passaic Ave
West Caldwell, NJ 07006-6413

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166,473.40**

**Tower Associates, Inc.**

23-00 State Rt 208 Ste 2-4
Fair Lawn, NJ 07410-1558

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Precision Technology Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.00

**UPS**

PO Box 7247-0244
Philadelphia, PA 19170-0001

Date(s) debt was incurred __
Last 4 digits of account number  8046

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $573.38

**Verizon**

PO Box 4833
Trenton, NJ 08650-4833

Date(s) debt was incurred __
Last 4 digits of account number  0353

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.30

**Verizon Wireless**

PO Box 408
Newark, NJ 07101-0408

Date(s) debt was incurred __
Last 4 digits of account number  0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $667.50

**W.B. Mason Co.**
Attn: Jeanne Latham
535 Secaucus Rd
Secaucus, NJ 07094-2529

Date(s) debt was incurred __
Last 4 digits of account number  5320

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.50

**Westwood Exterminating Co.**

PO Box 2027
River Vale, NJ 07675-9001

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,382.85

**Willrich Precision Instrument**

80 Broadway
Cresskill, NJ 07626-2164

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor    **Precision Technology Inc.**
_____
Name

Case number (if known)    _____

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.    $ | 580,301.62 |
| 5b. Total claims from Part 2 | 5b.    + $ | 1,139,444.65 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c.    $ | 1,719,746.27 |

Fill in this information to identify the case:

Debtor name    **Precision Technology Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

### 2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Real estate lease for Debtor's premises.** | |
|---|---|---|---|
| | State the term remaining | | **Alfred Sanzari Enterprises** |
| | List the contract number of any government contract | | **25 Main St** **Hackensack, NJ 07601-7015** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Konica Minolta photocopier** | |
|---|---|---|---|
| | State the term remaining | | **Navitas Lease Corp.** |
| | List the contract number of any government contract | | **PO Box 935204** **Atlanta, GA 31193-5204** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name   **Precision Technology Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1  Ira Housman | New York, NY 10065-0022 | **Columbia Bank** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2  Ira Housman | New York, NY 10065-0022 | **Dakota Financial** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.3  Ira Housman | New York, NY 10065-0022 | **Monarch Capital** | ■ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.4  Ira Housman | New York, NY 10065-0022 | **Sterling Bank** | ■ D  **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.5  Ira Housman | New York, NY 10065-0022 | **World Globe Financing, Inc.** | ■ D  **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.6  Ira Housman | New York, NY 10065-0022 | **Yellow Stone Capital, LLC** | ■ D  **2.7**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Precision Technology Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 19, 2016**         X _____
                                        Signature of individual signing on behalf of debtor

                                        **Ira Housman**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Precision Technology Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:    Income**

**1.    Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **unknown** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ☑ Operating a business<br>☐ Other _____ | **$-143,147.31** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ☑ Operating a business<br>☐ Other _____ | **$-128,163.00** |

**2.    Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

**3.    Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Precision Technology Inc.** _____   Case number *(if known)* _____

adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Alfred Sanzari Enterprises, L.P. v. Debtor** LT-8364-14 | **Landlord/tenant - judgment entered** | **Superior Court of New Jersey** 10 Main St Hackensack, NJ 07601-7042 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. **Alfred Sanzari Enterprises, L.P. v. Debtor** LT-4673-14 | **Landlord/tenant** | **Superior Court of New Jersey** 10 Main St Hackensack, NJ 07601-7042 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. **Columbia Bank v. Debtor, et al.** BER-L-4177-16 | **Collection suit** | **Superior Court of New Jersey** 10 Main St Hackensack, NJ 07601-7042 | ■ Pending ☐ On appeal ☐ Concluded |

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

Debtor    **Precision Technology Inc.** _____    Case number *(if known)* _____

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

### Part 6:    Certain Payments or Transfers

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Hellring Lindeman Goldstein & Siegal LLP 1 Gateway Ctr Fl 8 Newark, NJ 07102-5323 | 0.00 | | $15,000.00 |
| | Email or website address _____ | | | |
| | Who made the payment, if not debtor? | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.  **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Precision Technology Inc.**                                Case number *(if known)* _____

---

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Precision Technology Inc.**_____    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

Debtor   **Precision Technology Inc.**_____    Case number *(if known)* _____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Patrick Vargas<br>31 Peck St<br>West Haverstraw, NY 10993-1233 | **March 12, 2007 to present as senior accountant for Debtor** |
| 26a.2. | Randall D. Corwin, CPA<br>146 W 57th St<br>New York, NY 10019-3301 | **Over twenty years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **All books and records are in the Debtor's possession** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ira Housman | 245 E 63rd St Apt 1903<br>New York, NY 10065-0022 | **President/Director** | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Debtor **Precision Technology Inc.**                              Case number *(if known)* _____

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Ira Housman<br>New York, NY 10065-0022 | Approx. $100,000.00 | | Salary |
| | Relationship to debtor<br>President and sole<br>shareholder, director | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                                Employer identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
■ Yes. Identify below.

Name of the parent corporation                                Employer identification number of the parent corporation

**401(k) Plan**                                               EIN:

---

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 19, 2016**

_____                    **Ira Housman**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey, Newark Division

In re __Precision Technology Inc.__

Debtor(s)

Case No. _____

Chapter __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 15,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **This fee includes services rendered concerning bankruptcy and debt relief assistance.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Services do not include representation of the Debtor in an adversary proceeding, a contested motion, or at an examination of the Debtor or others pursuant to Bankruptcy Rule 2004, which services shall be billed at normal hourly rates.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__July 19, 2016__
*Date*

*Signature of Attorney*
Richard B. Honig
**Hellring Lindeman Goldstein & Siegal LLP**

**1 Gateway Ctr Fl 8**
**Newark, NJ 07102-5323**

rbhonig@hlgslaw.com
*Name of law firm*

---

**United States Bankruptcy Court**
**District of New Jersey, Newark Division**

IN RE:                                                    Case No. _____

Precision Technology Inc.                                 Chapter 7 _____
                        Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: July 19, 2016 _____   Signature: _____

                                              Ira Housman, President                                  Debtor


Date: _____   Signature: _____

                                                                                        Joint Debtor, if any

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

A1 Multi Service
136 President St
Passaic, NJ  07055-6941


AETNA
PO Box 7247-0213
Philadelphia, PA  19170-0213


Alfred Sanzari Enterprises
25 Main St
Hackensack, NJ  07601-7015


Alfred Sanzari Enterprises, L.P.
25 Main St
Hackensack, NJ  07601-7015


American Express
PO Box 2855
New York, NY  10116-2855


American Express BG
PO Box 1270
Newark, NJ  07101-1270


Amtrust North Amrerica
PO Box 6939
Cleveland, OH  44101-1939

Archive Systems, Inc.
39 Plymouth St
Fairfield, NJ   07004-1643


Bank of America
Business Card-4339930030062139
PO Box 15796
Wilmington, DE  19886-5796


Bank of America
Business Card
PO Box 15710
Wilmington, DE  19886-5710


Boedecker Plastics
904 W 6th St
Shiner, TX  77984-5608


Bonifacio, Albert
31 Elder Ave
Bergenfield, NJ   07621-1505


BSI Management Systems America, Inc.
Box 19307
5505 N Cumberline Ave Ste 307
Chicago, IL   60656-1471


Butzel, Karadimas, Carrabba, Testin, LLC
252 Kinderkamack Rd
Oradell, NJ   07649-2150

Cablevision
PO Box 3713378
Pittsburgh, PA  15250-7378


Camden Tool Inc.
PO Box 653
Camden, NJ  08101-0653


Canete Snow Management
825 Black Oak Ridge Rd
Wayne, NJ  07470-6406


Castro, Kirsis
103 W 183rd St Apt 56
Bronx, NY  10453-1152


Cherukunnathu, Abraham M.
20 S 1st St
Bergenfield, NJ  07621-2408


CLC Landscaping
14 Bergman Ter
Dumont, NJ  07628-3502


Clegg, Christopher
257 Cottage Rd
Valley Cottage, NY  10989-2426

Columbia Bank
c/o Connell Foley LLP
85 Livingston Ave
Roseland, NJ   07068-3736


Columbia Bank
PO Box 902
Fair Lawn, NJ   07410-0902


Corwin, Randall D.
146 W 57th St Apt 50A
New York, NY   10019-0079


Dakota Financial
11755 Wilshire Blvd Ste 1670
Los Angeles, CA   90025-1526


De Leon, Miriam
508 W 166th St Apt 4J
New York, NY   10032-4216


Direct Energy
PO Box 70220
Philadelphia, PA   19176-0220


DMG Mori
2400 Huntington Blvd
Hoffman Estates, IL   60192-1564

Douglas K. Nolan Trust Account
Douglas K .Nolan Court Officer
PO Box 355
Park Ridge, NJ   07656-0355


Emer, Dennis
99 Union Ave
Cresskill, NJ   07626-2129


Evoqua Water Technologies
28563 Network Pl
Chicago, IL   60673-1285


Fed Ex Direct Debti
PO Box 371461
Pittsburgh, PA   15250-7461


Freedom Chase Mastercard
PO Box 15153
Wilmington, DE   19886-5153


Garcia, Alejandrina
517 W 169th St Apt 22
New York, NY   10032-4021


Garcia, Norman
30-39 Broadway
Fairlawn, NJ   07410

Gonzalez, Ruben
1 Audubon Ave Apt 2J
New York, NY  10032-2256


Gonzalez, Yuberka Y.
1660 Andrews Ave Apt 2-E
Bronx, NY  10453-7329


Guaman, Jorge
82 Porter Ave
Bergenfield, NJ  07621-3108


Housman, Ira
c/o Hellring Lindeman Goldstein & Siegal
1 Gateway Ctr
Newark, NJ  07102-5310


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Interstate Plastics
330 Commerce Cir
Sacramento, CA  95815-4213


Konica Minolta Business Solutions
Attn: Jodie Meyer
101 Williams Dr
Ramsey, NJ  07446-1217

LAN Doctors, Inc.
14 Pierson Ct
Mahwah, NJ  07430-3506


Lanzillotti, Joseph
42 Parsons St
Harrison, NY  10528-3720


Lesiczka, Greg
51 Cottage Pl Fl 2
Garfield, NJ  07026-3514


Lim, Scott C.
2 Dorothy Dr
Spring Valley, NY  10977-1810


Lovero, Delia
271 N Main St
Pearl River, NY  10965-1170


Maitland Engineering, Inc.
2713 Foundation Dr
South Bend, IN  46628-4334


Maruka USA, Inc.
45 US Highway 46 Ste 610
Pine Brook, NJ  07058-9390

McCann, Thomas
875 Boulevard Apt C
New Milford, NJ   07646-5133


Megapath
Dept. 33408
PO Box 39000
San Francisco, CA   94139-0001


Miele Sanitation Co.
60 Railroad Ave
Closter, NJ   07624-1209


Monarch Capital
1120 Bloomfield Ave Ste 203
West Caldwell, NJ   07006-7131


Navitas Lease Corp.
PO Box 935204
Atlanta, GA   31193-5204


Navitas Lease Corp.
Lease Operations
PO Box 935204
Atlanta, GA   31193-5204


NLYH LLC
(Yaber, LLC)
315 W 36th St
New York, NY   10018-6404

Northfield Precision Instruments, Inc.
4400 Austin Blvd
Island Park, NY   11558-1621


Oleski, Melissa
32-14 Norwood Dr
Fair Lawn, NJ   07410-4136


Olivo, Caitlin F.
49 Leonard Dr
Old Tappan, NJ   07675-7262


Orthoplastics, Ltd.
Grove MillTodmorden RoadLancashire,


Other Side Landscaping
PO Box 115
Cresskill, NJ   07626-0115


Paetec Communications, Inc.
PO Box 9001013
Louisville, KY   40290-1013


Patel, Mahesh
381 Wagner Ct
Paramus, NJ   07652-4822

Perez, Manuel R.
24 Bergen Ave
Ridgefield Park, NJ   07660-1756


Plesher, Charles
2 Prusakowski Blvd
Parlin, NJ   08859-3161


PSE&G Co.
PO Box 14444
New Brunswick, NJ   08906-4444


Recievables Management Service
9954 Mayland Dr Ste 6100
Richmond, VA   23233-1480


Robotham, Andrew R.
121 Myer St Unit 101
Hackensack, NJ   07601-4163


Rockland Electric Company
PO Box 427
Montvale, NJ   07645-0427


S.E.M. Security Systems, Inc.
PO Box 454
Warwick, NY   10990-0454

Shoptech Ind'l Software
180 Glastonbury Blvd Ste 303
Glastonbury, CT   06033-4439


Staples Advantage
Dept. NY
PO Box 415256
Boston, MA   02241-5256


State of New Jersey
Division of Taxation
PO Box 269
Trenton, NJ   08695-0269


State of New Jersey
Department of Labor
PO Box 911
Trenton, NJ   08625-0911


Sterling Bank
PO Box 1570
New York, NY   10008-1570


Tool-Krib Supply Co.
787 Passaic Ave
West Caldwell, NJ   07006-6413


Tower Associates, Inc.
23-00 State Rt 208 Ste 2-4
Fair Lawn, NJ   07410-1558

UPS
PO Box 7247-0244
Philadelphia, PA   19170-0001


Vallejo, Richard D.
29 Bridge St Fl 1
Bergenfield, NJ   07621-2856


Vargas, Patrick
31 Peck St
West Haverstraw, NY   10993-1233


Verizon
PO Box 4833
Trenton, NJ   08650-4833


Verizon Wireless
PO Box 408
Newark, NJ   07101-0408


Viera, Juan
94 Van Nostrand Ave
Dover, NJ   07801-4825


W.B. Mason Co.
Attn: Jeanne Latham
535 Secaucus Rd
Secaucus, NJ   07094-2529

Westwood Exterminating Co.
PO Box 2027
River Vale, NJ   07675-9001


Willrich Precision Instrucment
80 Broadway
Cresskill, NJ   07626-2164


World Globe Financing, Inc.
Revenue Assurance Prt M Wegman
19399 Helenbirg Rd Ste 5
Covington, LA   70433-5392


Yellow Stone Capital, LLC
17 State St Ste 4000
New York, NY   10004-1508


Zablan, Xeris L.
210 Hickory Ave
Bergenfield, NJ   07621-1841